## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| RAUL GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-759-KC |
| | § | |
| ESTELLA RIVERA AND JORGE F. | § | |
| LEYJA d/b/a MERCEDES TRUCKING | § | |
| and ESTELLA RIVERA, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

On this day, the Court considered the case. On March 18, 2026, the Court ordered Defendants to submit written notice identifying each member of Mercedes Trucking and their citizenship to facilitate the Court's determination of subject matter jurisdiction. Mar. 18, 2026, Order 2, ECF No. 2. On March 20, Defendants submitted this notice, informing the Court that "[t]he members of Mercedes Trucking are Estella Rivera and Jorge F. Leyja" who are both citizens of New Mexico. Disclosure Statement ¶ 3, ECF No. 3. And that, "[t]here are no other members of Mercedes Trucking." *Id.*

The Court is now satisfied, based on Defendants' allegations, that it has subject matter jurisdiction at this stage of the proceedings.

**SO ORDERED**.

SIGNED this 23rd day of March, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE