**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RAUL GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-759-KC** |
| | § | |
| **ESTELLA RIVERA AND JORGE F. LEYJA d/b/a MERCEDES TRUCKING and ESTELLA RIVERA,** | § § § § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered the case. The parties informed the Court that they reached an agreement to settle all of Plaintiff's claims and are working to finalize settlement. Notice Settlement, ECF No. 39. Accordingly, unless the parties submit final closing papers **on or before November 23, 2026,** the Court will dismiss all of Plaintiff's claims without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**IT IS FURTHER ORDERED** that all deadlines in this matter are **STAYED**.

**SO ORDERED**.

SIGNED this 23rd day of October, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE